IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02769-PAB-MEH

PAULA DOSEN, M.D.,

    Plaintiff,

v.

PIKES PEAK ANESTHESIA ASSOCIATES, P.C.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 1, 2010.**

    Defendant's Unopposed Motion for Entry of Protective Order Concerning Confidential Information [filed June 30, 2010; docket #24] is **granted**. The proposed Stipulated Protective Order is accepted and entered contemporaneously with this minute order.